THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SONORA B. (ANONYMOUS), Appellant.—

Acting P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.